IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA       *

vs.       *

YOLANDA BROWN THOMAS,       *       CASE NO. 4:20-CR-32 (CDL)

    Defendant.       *

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 13, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit. The Court also considered Defendant's objections to the order terminating as moot her motion for return of property. *See* Order (Feb. 13, 2026), ECF No. 448. Those objections also lack merit, and the Court finds no basis to vacate that order. The Court makes no ruling on Defendant's motion that was filed on March 18, 2026 (ECF No. 452); that motion remains referred to the Magistrate Judge.

IT IS SO ORDERED, this 24th day of April, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA